**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

JUSTIN PERKINS

No.: 2:25-cr-00145-LEW

## SPEEDY TRIAL ORDER

This matter comes before the court upon the defendant's Corrected Motion to Continue Trial (ECF No. 45). The defendant has represented: (1) the parties are engaged in discussions that may resolve the matter, but those discussions require additional effort; (2) counsel for defendant Perkins requested and the Court kindly granted substantial protection from trial during May; (3) defense counsel's availability is far less restricted in June; (4) if the matter goes to trial against only defendant Perkins there is a chance both sides (the government and the defendant) would want to call defendant Johnston, who is defendant Perkins wife; (5) whether she would testify and whether to call her is a matter that requires further discussion among the parties; and (6) the defendant waives his speedy trial rights from May 4, 2026, to June 1, 2026.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court further finds that such an extension of time is reasonable as to all of the parties because, given the interrelated nature of the evidence in this case, conducting

1

multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. This matter shall be removed from the May 4, 2026 trial list and added to the June 1, 2026 trial list.

3. The time period between May 4, 2026, and June 1, 2026, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

4. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

Dated this 16th day of April 2026.

/s/  LANCE E. WALKER
Chief U.S. District Judge

2